CAROLINE J. SIMONS, as Administratrix of the Estate of WILLIAM SIMONS, Deceased, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Simons* v. *International Railway Co.*, 152 App. Div. 953, affirmed.
(Argued June 11, 1913; decided October 21, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 17, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*Dana L. Spring* for appellant.

*Charles W. Strong* and *Arthur C. Wade* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK and MILLER, JJ. Not voting: HISCOCK, J.